**STATE of Missouri, Respondent,**

v.

**Kenneth BOYD, Appellant.**

No. 48976.

Missouri Court of Appeals,
Eastern District,
Division V.

May 14, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 12, 1985.

Application to Transfer Denied
Aug. 7, 1985.

Mary Dames, Clayton, for appellant.

William L. Webster, Atty. Gen., Theodore A. Bruce, John Morris, Asst. Attys. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for assault, first degree, and armed criminal action, in violation of § 565.050 and § 571.015, RSMo 1978 respectively.

The judgment is affirmed.  Rule 30.25(b).